# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

JUSTIN THOMAS KEHBORN,

           Petitioner,                      Civil No. 18-72 (JRT/KMM)

v.

TOM ROY and TIM LESLIE,            **ORDER ON REPORT**
                                                       **AND RECOMMENDATION**

           Respondents.

Justin Thomas Kehborn, P.O. Box 2475, Hastings, MN 55033, *pro se* petitioner.

Matthew Frank, **MINNESOTA ATTORNEY GENERAL'S OFFICE.** 445 Minnesota Street, Suite 1800, St Paul, MN 55101-2134, for respondents.

A Report and Recommendation was filed by Magistrate Judge Katherine Menendez on April 17, 2018. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

      **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  May 2, 2018                    s/John R. Tunheim
at Minneapolis, Minnesota          JOHN R. TUNHEIM
                                              Chief Judge
                                              United States District Court